**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for JPMorgan Chase Bank, National Association
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000, Fax: (585) 247-7380
**Nicole Kolczynski**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

IN RE                                             CHAPTER 7

CARL R. DANZIGER,                                 CASE NO. 16-23659-rdd

DEBTOR.

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for JPMorgan Chase Bank, National Association, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: December 29, 2016

Respectfully Submitted,

Nicole Kolczynski
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for JPMorgan Chase Bank, National Association
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380

12-031924 -BK01