MARCUS ROSENBERG & DIAMOND LLP
488 Madison Avenue
New York, New York 10022-5702
David Rosenberg, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re,                                                         :     Chapter 7
                                                               :     Case No. 16-23659(RDD)
CARL R. DANZIGER,                                              :
                                                               :
                    Debtor.                                    :
--------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Marcus Rosenberg & Diamond LLP, hereby appears as counsel for creditor, Marcus Rosenberg & Diamond LLP in the referenced chapter 7 proceeding, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon such counsel at the following address:

David Rosenberg, Esq.
Marcus Rosenberg & Diamond LLP
488 Madison Avenue
New York, New York  10022-5702
Tel: (212)755-7500
Fax: (212) 755-8713
dr@realtylaw.org

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, request includes the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above and, also without limitation, any notice, application, compliant, demand, motion, petition, pleading, or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, e-mail or otherwise filed or given with regard to the referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings and other proceedings in the case.

Dated: New York, New York
       January 3, 2017                          MARCUS ROSENBERG & DIAMOND LLP


                                                By: */s/* David Rosenberg
                                                    David Rosenberg

                                                488 Madison Avenue
                                                New York, New York 10022-5702
                                                Tel: (212)755-7500
                                                Fax: (212) 755-8713